STATE of Missouri, Respondent,

v.

Barbara CHINNETH, Appellant.

No. WD 33167.

Missouri Court of Appeals,
Western District.

Aug. 31, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Oct. 5, 1982.

Application to Transfer Denied
Nov. 15, 1982.

Arnetta Nadine GARRISON,
Petitioner-Respondent,

v.

Asa Bartee GARRISON,
Respondent-Appellant.

Nos. 44630, 44908.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 31, 1982.

Motion for Rehearing and/or Transfer
Denied Oct. 15, 1982.

Application to Transfer Denied
Nov. 15, 1982.

James W. Fletcher, Public Defender,
Gary L. Gardner, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Priscilla Gunn,
Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and WASSERSTROM and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from jury conviction for
stealing in violation of § 570.030 RSMo
1978.

Judgment affirmed.